JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SABDIEL CHIRINOS JIMENEZ,
Petitioner,
v.
MARKWAYNE MULLIN ET AL,
Respondent.

Case No. 2:26-cv-12302-MAR

JUDGMENT

Pursuant to the Memorandum Decision and Order Granting Petition and Ordering Immediate Release, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are ORDERED to immediately release Petitioner Sabdiel Chirinos Jimenez (A# 220- 151-477) ("Petitioner") from custody subject only to conditions of release ordered by the immigration judge on April 13, 2023. Respondents shall return any confiscated property and documents to Petitioner upon release. Respondents shall not re-detain Petitioner pursuant to 8 U.S.C. § 1226 without providing at least seven (7) days' notice and a pre-deprivation bond hearing. The pre-deprivation bond hearing shall occur before a neutral decisionmaker at which the Government bears the burden of proof to show by clear and convincing evidence that there has been a material change in circumstances such that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of

the community. The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard

Dated: November 19, 2026

HON. MARGO A. ROCCONI
United States Magistrate Judge